U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

2020 JAN 27 PM 12: 03

CLERK
BY [signature]
DEPUTY CLERK

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF VERMONT

UNITED STATES OF AMERICA,

v.

PRACTICE FUSION, INC.,
Defendant.

Docket No. 2:20-CR

**STIPULATED MOTION FOR**
**<u>EXCLUSION OF TIME UNDER THE SPEEDY TRIAL ACT</u>**

The United States of America respectfully requests the entry of an Order, pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(h)(2), excluding the term of the Deferred Prosecution Agreement ("Agreement", document 2 in this docket) entered into by the parties from the computation of time within which any trial must be commenced upon the charges in the Information filed against the defendant Practice Fusion, Inc. ("Practice Fusion") in this matter. The United States provides the following information in support of this motion:

1. The United States has filed an Information with the Court in this matter, charging Practice Fusion with conspiring with an extended release opioid ("ERO") company ("Pharma Co. X") to receive remuneration in return for arranging for or recommending purchasing or ordering of a good or item for which payment may be made in whole or in part under a Federal health care program in violation of 18 U.S.C. § 371; knowingly and willfully soliciting and receiving remuneration from Pharma Co. X in return for arranging for or recommending purchasing or ordering of a good or item for which payment may be made in whole or in part under a Federal health care program in violation of 42 U.S.C. § 1320a-7b(b)(1).

2. The United States and Practice Fusion entered into the Agreement concerning the charges in the Information. Among the purposes of this negotiated Agreement is to allow

Practice Fusion to demonstrate its good conduct and implement certain remedial measures. The Agreement is part of a global resolution of the Department of Justice's investigation into Practice Fusion. That resolution also includes a written settlement agreement relating to civil claims, which is filed herewith as Exhibit A.

3. 18 U.S.C. § 3161(h)(2) provides that, in computing the time within which the trial must commence, the court shall exclude "[a]ny period of delay during which prosecution is deferred by the attorney for the Government pursuant to written agreement with the defendant, with the approval of the court, for the purpose of allowing the defendant to demonstrate [its] good conduct."

4. Pursuant to Paragraph 12 of the Agreement, Practice Fusion has agreed to waive its right to indictment on the charges contained in the Information. Should the United States terminate the deferral of prosecution, Practice Fusion will waive its right to indictment in open court. Practice Fusion's original executed Waiver of Indictment is filed herewith as Exhibit B.

5. Pursuant to Paragraphs 11 and 15 of the Agreement, the parties have agreed that the term of the Agreement is thirty-six (36) months, with the possible extension of up to two years under certain conditions.

6. Pursuant to Paragraph 12 of the Agreement, Practice Fusion has agreed to waive its right to a speedy trial pursuant to the Sixth Amendment to the United States Constitution; Title 18, United States Code, Section 3161; and Federal Rule of Criminal Procedure 48(b).

7. Practice Fusion assents to this motion and does not oppose a continuance of all further criminal proceedings, including trial, for a period of thirty-six (36) months and, if the term is extended, for an additional period of up to two additional years, and for speedy trial exclusion of all time covered by such a continuance.

8. The United States of America has agreed that if Practice Fusion fully complies with all of its obligations under the Agreement, then within thirty (30) days of the Agreement's expiration, the United States will move this Court for dismissal with prejudice of the Information filed against Practice Fusion, in accordance with Paragraph 13 of the Agreement.

9. The undersigned has conferred with counsel for Defendant Practice Fusion, Inc., Joshua Levy, Esq., who has advised that Defendant stipulates to the granting of this Motion.

WHEREFORE, the United States respectfully requests that this Court enter an Order excluding thirty-six (36) months from the computation of time within which the trial on the charges set forth in the Information filed in this matter must commence, as well as for an additional period of up to two years if the term of the Agreement is extended, and accordingly continuing all further criminal proceedings.

Dated at Burlington, in the District of Vermont, January 27, 2020.

Respectfully submitted,

UNITED STATES OF AMERICA

CHRISTINA E. NOLAN
United States Attorney

By: ______________________

MICHAEL P. DRESCHER
OWEN C. J. FOSTER
Assistant U.S. Attorney
P.O. Box 570
Burlington, VT 05402-0570
(802) 951-6725
Michael.drescher@usdoj.gov
Owen.c.j.foster@usdoj.gov