# Exhibit B

# Waiver of Indictment

**UNITED STATES DISTRICT COURT**
**FOR THE**
**DISTRICT OF VERMONT**

**UNITED STATES OF AMERICA** )
**v.** ) Case No. 2:20-CR-11
**PRACTICE FUSION, INC.** )
)
*Defendant* )

## WAIVER OF AN INDICTMENT

**PRACTICE FUSION, INC.**, the above-named defendant, understands that it has been accused of one or more offenses punishable by imprisonment for more than one year. Being advised in open court of its rights and the nature of the proposed charges against it, **PRACTICE FUSION, INC.** hereby waives its right to prosecution by indictment and consent to prosecution by information.

Date: 1/22/20

*Eric Jacobson, Esq.*
*Secretary, Practice Fusion, Inc.*

*Joshua Levy, Esq.*
*Counsel for Practice Fusion, Inc.*

*Judge's signature*

*Judge's printed name and title*