UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF VERMONT

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>PRACTICE FUSION, INC.,<br>Defendant. | Docket No. 2:20-cr-11-1 |

**ORDER**

Upon consideration of the United States' Motion for Exclusion of Time under the Speedy Trial Act; the Information filed in this matter; and the written Deferred Prosecution Agreement between the parties under which prosecution is deferred by the United States pursuant to a written agreement with the Defendant, Practice Fusion, Inc., and for the reasons and purposes set forth in that Agreement, the Court hereby ORDERS:

1. that, pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(h)(2), a period of thirty-six (36) months will be excluded from the computation of time within which the trial on the charges set forth in the Information filed in this matter must commence, and that all further criminal proceedings are accordingly continued. If the term of the Deferred Prosecution Agreement is extended for up to an additional period of two years, as provided in the Agreement, then this period of additional delay during which prosecution is deferred also is excluded in computing the time within which the trial on the Information must commence.

ENTERED this ____day of _________________, 2020.

_______________________________
UNITED STATES DISTRICT JUDGE