UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF VERMONT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | Case No. 2:20-cr-11 |
| v. | ) | |
| | ) | |
| PRACTICE FUSION, INC., | ) | |
| | ) | |
| Defendant. | ) | |

**NOTICE OF APPEARANCE**

Kevin M. Henry of the law firm Primmer Piper Eggleston & Cramer PC hereby enters his appearance on behalf of Defendant, Practice Fusion, Inc., in the above-referenced matter.

Dated: February 7, 2020

PRIMMER PIPER EGGLESTON & CRAMER PC

By: /s/ Kevin M. Henry
Kevin M. Henry
Primmer Piper Eggleston & Cramer PC
30 Main Street, Suite 500
P.O. Box 1489
Burlington, VT 05602-1489
(802) 864-0880

*Attorney for Practice Fusion, Inc.*