U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED
2020 FEB 13 AM 11:22
CLERK
BY EH
DEPUTY CLERK

**UNITED STATES DISTRICT COURT**
**DISTRICT OF VERMONT**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | Case No. 2:20-cr-11 |
| v. | ) | |
| | ) | |
| PRACTICE FUSION, INC., | ) | R# 4682022138 |
| | ) | |
| Defendant. | ) | |

**PRACTICE FUSION INC.'S MOTION FOR ADMISSION OF JOSHUA S. LEVY *PRO HAC VICE***

I, Kevin M. Henry, counsel for Practice Fusion, Inc., hereby move this Court pursuant to Local Rule 83.1(b) to admit *pro hac vice* Joshua S. Levy, of the Boston, Massachusetts law firm of Ropes & Gray LLP, for the purposes of this case only. Mr. Levy's supporting affidavit and certificate of good standing accompany this Motion. Grounds for this Motion are as follows:

1. I am a Shareholder at the law firm of Primmer Piper Eggleston & Cramer PC, 30 Main Street, Suite 500, P.O. Box 1489, Burlington, Vermont 05402. I am a member in good standing of the bar of the State of Vermont and of this Court, I am counsel for Practice Fusion, Inc. in this matter and have entered my appearance.

2. Mr. Levy is a member of the law firm of Ropes & Gray LLP, Prudential Tower, 800 Boylston Street, Boston, Massachusetts, 02199-3600, telephone: (617) 951-7000, fax: (617) 951-7050, and email: joshua.levy@ropesgray.com.

3. Mr. Levy is a member of the bar of the Commonwealth of Massachusetts (BBO# 563017). Mr. Levy is also admitted to practice in the U.S. Court of Appeals for the First Circuit and the U.S. District Court for the District of Massachusetts. He is a member in good standing and eligible to practice in each of the courts in which he has been admitted and is not currently suspended or disbarred in any jurisdiction and is not the subject of any disciplinary proceedings. See attached Affidavit of Joshua S. Levy.

4. Practice Fusion, Inc. seeks the admission of Mr. Levy for the purposes of representing it in this action.

5. Mr. Levy will remain at all times associated in this case with the undersigned counsel in accordance with Local Rule 83.1(b)(4).

**MEMORANDUM OF LAW**

Pursuant to Local Rule 83.1(b), the Court has discretion to admit any member in good standing of a bar of another federal court, or of the highest court of any state, to practice in this Court with respect to a particular action. Local Rule 83.1(b)(1) provides as follows:

> Subject to subsection (2), any attorney who is a member in good standing of the Bar of any federal court, or of the highest court of any state, may apply for *pro hac vice* admission.

This Motion and Mr. Levy's Affidavit show that Mr. Levy meets the requirements of Local Rule 83.1(b). Accordingly, Mr. Levy is qualified to appear as counsel *pro hac vice* for the purposes of this action.

WHEREFORE, the undersigned counsel respectfully requests that this Motion to admit Joshua S. Levy *pro hac vice* be GRANTED.

Dated at Burlington, Vermont this 13th day of February, 2020.

PRIMMER PIPER EGGLESTON & CRAMER PC

By: ______________________________

Kevin M. Henry
30 Main Street, Suite 500
PO Box 1489
Burlington, VT 05402
(802) 864-0880 (Phone)
(802) 864-0328 (Fax)
khenry@primmer.com