U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

2020 FEB 13 PM 12: 16

CLERK

BY LAW
DEPUTY CLERK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>PRACTICE FUSION, INC. | ) | Case No. 2:20-cr-11 |

## AFFIDAVIT OF AARON KATZ

Aaron Katz hereby deposes and says as follows:

1. I make this Affidavit in support of my application for admission *pro hac vice* in the above-captioned matter.

2. I am a member of the law firm of Ropes & Gray LLP, Prudential Tower, 800 Boylston Street, Boston, Massachusetts, 02199-3600, telephone: (617) 951-7000, fax: (617) 951-7050, and email: aaron.katz@ropesgray.com. I am counsel for Practice Fusion, Inc. in this matter.

3. I am admitted to practice in the Commonwealth of Massachusetts (BBO# 662457). I am also admitted to practice in the U.S. Courts of Appeals for the Third, Ninth, and Eleventh Circuits and the U.S. District Courts for the District of Massachusetts, and the Eastern District of Michigan.

4. I am in good standing and eligible to practice in each of the courts in which I have been admitted.

5. I am not currently suspended or disbarred in any jurisdiction and am not the subject of any disciplinary proceedings.

6. I have never been denied admission to, been disciplined by, or resigned from this Court or any other court, nor have I surrendered my license to practice or withdrawn any application for admission to practice before this Court or any other court.

7. I have familiarized myself with the Local Rules of this Court, the Federal Rules of Civil and Criminal Procedure, and the Vermont Rules of Professional Conduct.

8. Kevin M. Henry, of the law firm of Primmer Piper Eggleston & Cramer PC, 30 Main Street, Suite 500, PO Box 1489, Burlington, Vermont 05402, shall be my agents for service of process in connection with this action. I will associate myself at all times with the law firm of Primmer Piper Eggleston & Cramer PC for the purposes of this action.

9. The District of Vermont will be the forum for the resolution of any dispute arising out of my admission *pro hac vice* in the above-captioned matter.

10. I certify that the foregoing is true and correct.

Executed this February 10, 2020, in Boston, Massachusetts.

Aaron Katz

COMMONWEALTH OF MASSACHUSETTS
COUNTY OF SUFFOLK, SS.

On this 10th day of February, 2020, before me, personally appeared Aaron Katz, Esq., known to me to be the person whose name is subscribed to the within instrument and acknowledged that she executed the same for the purposes therein contained.

IN WITNESS WHEREOF, I hereunto set my hand and official seal.

Before me,

Aquayah J Peters

Notary Public

AQUAYAH PETERS
Notary Public
Commonwealth of Massachusetts
My Commission Expires July 26, 2024