AO 106 (Rev. 04/10) Application for a Search Warrant

# UNITED STATES DISTRICT COURT

for the

District of Vermont

U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

2020 MAR 10 PM 1:08

CLERK

BY ___ DEPUTY CLERK

In the Matter of the Search of
*(Briefly describe the property to be searched or identify the person by name and address)*

INFORMATION ASSOCIATED WITH THE PAIN CDS THAT IS STORED AT PREMISES CONTROLLED BY PRACTICE FUSION

Case No. 2:20-CR-11

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:
See Attachment A

located in the Northern District of California, and elswhere, there is now concealed *(identify the person or describe the property to be seized)*:
See Attachment B

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

- ☑ evidence of a crime;
- ☐ contraband, fruits of crime, or other items illegally possessed;
- ☐ property designed for use, intended for use, or used in committing a crime;
- ☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| *Code Section* | *Offense Description* |
|---|---|
| 42 U.S.C. § 1320a-7b(b); 18 U.S.C. §§ 1347 | soliciting, receiving, offering and paying remuneration in exchange for recommending and arranging ordering of health care goods or services; fraud in connection with federal health care programs |

The application is based on these facts:
See attached affidavit.

- ☑ Continued on the attached sheet.
- ☐ Delayed notice of ____ days (give exact ending date if more than 30 days: ________ ) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

[signature]
*Applicant's signature*

Erika Broadhurst, Special Agent, HHS-OIG
*Printed name and title*

Sworn to before me and signed in my presence.

Date: March 10, 2020

[signature]
*Judge's signature*

City and state: Burlington VT

JOHN M. CONROY, United States Magistrate Judge
*Printed name and title*