# ATTACHMENT A

## Property to Be Searched

This warrant applies to information stored at premises owned, maintained, controlled, or operated by Practice Fusion, Inc. ("Practice Fusion"), a company headquartered in San Francisco, California, relating to the implementation of its clinical decision support program that focused on patient pain ("Pain CDS") beginning from July 2016 through the period of time during which the Pain CDS-related records were generated.