# ATTACHMENT B

## Particular Things to be Seized

### I. Information to be disclosed by Practice Fusion

To the extent that the information described in Attachment A is within the possession, custody, or control of Practice Fusion, regardless of whether such information is located within or outside of the United States, and including any messages, records, files, logs, or information that have been deleted but are still available to Practice Fusion, or have been preserved, PRACTICE FUSION is required to disclose the following information to the government:

With respect to the time during which the pain CDS ran (approximately from July 6, 2016 through approximately April 8, 2019), a list of all patients in the Practice Fusion electronic health record data who met the criteria that would have triggered the Pain CDS alert (regardless of whether the alert actually fired or whether the patient (or the patient's health care provider) was instead in the control group), with the date of the encounter that triggered the alert (or would have triggered the alert if in the control group), the provider seeing the patient, information regarding any opioid prescribed, and all insurance and other identifying information on the patient.

### II. Information to be seized by the government.

All information described above in Section I that constitutes evidence of violations of 42 U.S.C. § 1320a-7b(b) or 18 U.S.C. § 1347 involving Practice Fusion and Pharma Co. X, since July 1, 2016 including information pertaining to the following matters: the impact of the Pain CDS on prescribing behavior and costs incurred by the payors/insurers for opioid prescriptions

written following a Pain CDS alert during the patient visit with a health care provider who used the Practice Fusion electronic medical record system.