**UNITED STATES DISTRICT COURT**
**DISTRICT OF VERMOT**

| | |
|---|---|
| UNIITED STATES OF AMERICA<br>v.<br>PRACTICE FUSION, INC.,<br>Defendant. | Case No. 2:20cr11:<br>MOTION TO WITHDRAW AS COUNSEL |

Pursuant to Local Rule 11(d), the undersigned counsel for Defendant Practice Fusion, Inc. respectfully requests that the Court grant Joshua S. Levy leave to withdraw his appearance as counsel in this action.

This motion is for good cause. Mr. Levy will no longer be a member of the firm of Ropes & Gray LLP and is leaving the private practice of law. Practice Fusion, Inc. will continue to be represented by Kevin M. Henry of Primmer Piper Eggleston & Cramer P.C. and Aaron Katz of Ropes & Gray LLP.

This motion will not delay or disrupt the proceedings. The Court has not yet set this matter for trial.

Dated: August 27, 2021

s\ Joshua S. Levy
Joshua S. Levy
Ropes & Gray LLP
Prudential Tower 800 Boylston Street
Boston, MA 02199-3600
Telephone: (617) 951-7000
Joshua.Levy@ropesgray.com