UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF VERMONT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 2:20-cr-11 |
| | ) | |
| v. | ) | |
| | ) | |
| PRACTICE FUSION, INC | ) | |

**MOTION TO WITHDRAW AS COUNSEL**

Pursuant to Local Rule 11(d), the undersigned counsel for Plaintiff the United States of America, by and through its attorney, Nikolas P. Kerest, United States Attorney for the District of Vermont, respectfully requests that the Court grant Owen C.J. Foster leave to withdraw his appearance as counsel in this action.

This motion is for good cause. Mr. Foster will be leaving the employ of the Department of Justice in October and will no longer be an Assistant United States Attorney. The United States will continue to be represented by Michael P. Drescher.

This motion will not delay or disrupt the proceedings. The Court has not yet set this matter for trial.

Dated at Burlington, in the District of Vermont, September 30, 2022.

Respectfully submitted,

UNITED STATES OF AMERICA

NIKOLAS P. KEREST
United States Attorney

By:

OWEN C.J. FOSTER
Assistant U.S. Attorney
P.O. Box 570
Burlington, VT 05402-0570
(802) 951-6725
Owen.c.j.foster@usdoj.gov