UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF VERMONT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | Docket No. 2:20-cr-11 |
| | ) | |
| PRACTICE FUSION, INC. | ) | |
| Defendants. | ) | |

**NOTICE OF DISMISSAL**

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and paragraph 13 of the Deferred Prosecution Agreement (Doc. 2), and by leave of Court endorsed hereon, the United States Attorney for the District of Vermont hereby dismisses the Information against defendant Practice Fusion, Inc., with prejudice, in the above-captioned case.

Dated at Burlington, in the District of Vermont, this 9th day of May, 2023.

Respectfully submitted,

UNITED STATES OF AMERICA

NIKOLAS P. KEREST
United States Attorney

By: ___*/s/ Michael P. Drescher*_________
MICHAEL P. DRESCHER
Assistant United States Attorney

Leave of Court is granted for the filing of the foregoing dismissal and the Information is hereby dismissed with prejudice.

______________
DATE

______________________________
WILLIAM K. SESSIONS III
United States District Judge